UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

EZEQUIEL RIVERA,

        Plaintiff,

    v.                                      Case No. 23-C-1431

NESTLE USA, INC,

        Defendant.

## ORDER ON PLAINTIFF'S DISCOVERY MOTIONS

The court has reviewed Plaintiff's Motion to Compel (Dkt. No. 67), Motion to Compel Discovery Requests (Dkt. No. 68), Motion for Leave to Serve Interrogatories (Dkt. No. 69), and Motion for Discovery of Audio Recordings and Email Responses (Dkt. No. 71).

Pursuant to the July 15, 2024, protective order, Plaintiff must submit all discovery requests to the court. Dkt. No. 66. Having reviewed Plaintiff's filings of July 31 and August 2, 2024, the court concludes that it requires the input of Defendant in order to decide whether Plaintiff is entitled to the relief he seeks. The court therefore orders Defendant to respond within 21 days.

**SO ORDERED** at Green Bay, Wisconsin this 5th day of August, 2024.

                                                s/ William C. Griesbach
                                                William C. Griesbach
                                                United States District Judge